IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAUREN CATHERINE REYES,** | : | **Civil No. 1:19-CV-01670** |
| **Plaintiff** | : | |
| v. | : | |
| **ASSOCIATED CREDIT SERVICES, INC.,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum, it is hereby **ORDERED** that the motion for summary judgment filed by Defendant Associated Credit Services, Inc (Doc. 12) is **GRANTED.** The complaint is **DISMISSED** with prejudice.

The Clerk of Court is directed to **CLOSE** this case.

> */s/ Sylvia H. Rambo*
> SYLVIA H. RAMBO
> United States District Judge

Dated: July 6, 2020